February 13, 2004

Ms. Linda C. Breck
Brin & Brin, P.C.
1202 Third Street
Corpus Christi, TX 78404

Mr. J. Kevin Oncken
Uzick & Oncken, P.C.
8200 IH-10 West, Suite 208
San Antonio, TX 78230

Mr. Richard W. Woolsey
 Hermansen McKibben Woolsey & Villarreal, L.L.P.
1100 Tower II, 555 N. Carancahua
Corpus Christi, TX 78478
Honorable Nelva Gonzales-Ramos
347th District Court
Nueces County
901 Leopard Street, Room 804
Corpus Christi, TX 78401

Mr. John A. Scully
Cooper & Scully, P.C.
900 Jackson Street, Suite 100
Dallas, TX 75202-3793

Mr. Sean E. Breen
Herman Howry & Breen, L.L.P.
1900 Pearl Street
Austin, TX 78705-5408

RE: Case Number: 03-1012
 Court of Appeals Number: 13-03-00498-CV
 Trial Court Number: 02-4195-H

Style: IN RE BRUCE HOEKSTRA, M.D.

Dear Counsel:

 Today the Supreme Court of Texas issued an abatement order in the
above-styled case. See enclosed order.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Nancy J. Vega, Chief Deputy Clerk

|cc:|Ms. Cathy |
| |Wilborn |
| |Ms. Patsy Perez|